IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PMC PROPERTY GROUP, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-2945 |
| APOGEE WAUSAU GROUP, INC. d/b/a WAUSAU WINDOW & WALL SYSTEMS | : | |

ORDER

AND NOW, on this 22nd day of October, 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of Apogee Wausau Group, Inc. to dismiss plaintiffs' complaint under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure (Doc. # 4) is GRANTED in part and DENIED in part;

(2) Plaintiffs' demand for lost parking garage and residential unit rent in their breach of contract claim is DISMISSED; and

(3) The motion to dismiss is otherwise DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                               J.